# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ann Inc.<br><br>Defendant. | Civil Case No.: 24-cv-269 (ECT/DJF)<br><br><br>**NOTICE OF DISMISSAL** |

Plaintiff, Julie Dalton by her undersigned counsel, hereby dismisses the above-entitled action, without prejudice, pursuant to Federal Rules of Civil Procedure 41.01(a), without costs or disbursements to any party.

**THRONDSET MICHENFELDER, LLC**

Dated: March 7, 2024

By: /s/Patrick W. Michenfelder
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: jason@throndsetlaw.com
*Attorneys for Plaintiff*